RALPH NEAMA et al., Appellants, v TOWN OF BABYLON, COMMERCIAL GARBAGE DISTRICT No. 2, et al., Respondents.

Submitted December 27, 2005; decided February 9, 2006

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that denied appellants' motion for class action certification, dismissed upon the ground that such portion of the order does not finally determine the action

within the meaning of the Constitution; motion for leave to appeal otherwise denied.